148 A.3d 752

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. DUSTIN A. WILBORN (A/K/A SOLOMON COOK),
DEFENDANT-PETITIONER.

FILED July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004971-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

148 A.3d 752

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. BRANDON SEGAR, DEFENDANT-PETITIONER.

Filed July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002550-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.